IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–25–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JACOB MICHAEL RIEGER, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 29.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Jacob Michael Rieger is charged with two counts of distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2) (Counts I–II), one count of transportation of child pornography, in violation of 18 U.S.C. § 2252(a)(1) (Count

III), and one count of access with intent to view child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) (Count IV).  (Doc. 2.)  Judge DeSoto recommends that this Court accept Mr. Rieger's guilty plea as to Count III after he appeared before her pursuant to Federal Rule of Criminal Procedure 11.  The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 29) is ADOPTED in full.

IT IS FURTHER ORDERED that Mr. Rieger's motion to change plea (Doc. 21) is GRANTED.

IT IS FURTHER ORDERED that Jacob Michael Rieger is adjudged guilty as charged in Count III of the Indictment.

DATED this 21st day of November, 2022.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court